**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BALTAZAR CASTANEDA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**BALTAZAR CASTANEDA GARCIA**,<br>ROBERT ANTHONY CANCHOLA and<br>JESUS MANUEL PERAZA RUIZ<br><br>Defendant | Case No.: Case No.13-CR-00392 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE DETENTION HEARING AND SET ARRAIGNMENT ON THE SUPERSEDING INDICTMENT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, BALTAZAR CASTANEDA GARCIA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Detention hearing currently set for Tuesday, January 21, 2014 be continued to Monday, January 27, 2014. Counsel is also requesting that the Preliminary Examination hearing set on January 22, 2014 be vacated and the Arraignment on the Superseding Indictment be set on January 27, 2014.

   My office has been in contact with Pre-Trial Services Officer Frank Guerrero.  He has informed my legal assistant that the Pretrial Services Report will not be completed at the time of the hearing.  I am informed and believe that a one week continuance will give PSO Frank

Summary of Pleading - 1

Guerrero adequate time to prepare said report.  I have spoken to AUSA Laurel Montoya and she has no objection to continuing the Detention Hearing.  Pretrial Services Officer Frank Guerrero also has no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:1/17/14                         */s/ David A Torres*___
                                      DAVID A. TORRES
                                      Attorney for Defendant
                                      Baltazar Castaneda Garcia

DATED:1/17/14                         */s/Laurel Montoya*_____
                                      LAUREL MONTOYA
                                      Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that the Detention hearing and Arraignment on the Superseding Indictment be continued to January 27, 2014, and the Preliminary Examination be vacated as to Mr. Baltazar Castaneda Garcia.  Time shall be excluded for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **January 17, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE