**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
BALTAZAR CASTANEDA GARCIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Case No.13-CR-00392 LJO-SKO |
| Plaintiff, | **PROPOSED ORDER FOR FULL RECONVEYANCE OF PROPERTY** |
| vs. | |
| BALTAZAR CASTANEDA GARCIA, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHIELA K. OBERTO:

**COMES NOW** Defendant, BALTAZAR GARCIA, by and through his attorney of record, DAVID A. TORRES hereby requesting that a full reconveyance of the property belonging to **Olivia Garcia**, **Deed No. 0214011286** be granted.

On January 27, 2014 a detention hearing was held before Magistrate Stanley Boone and was ordered to be released on a $250, 000.00 secured property bond.  A property bond package was sent to the United States Attorneys Office and to the United States District Court; however, the property bond was rejected.   On March 3, 2014 the Original Deed of Trust, No.:0214011286 was received and filed by the United States District Court (docket 34).

On March 12, 2014 a bail review hearing was held before Magistrate Sheila Oberto wherein the defendant was ordered released on a full compliance/full equity bond not less than $200,000.00.  The defendant is requesting that the property filed with the court be reconveyed in order to proceed with the most recent orders of the court regarding Mr. Baltazar's release.

Respectfully Submitted,

DATED: 3/13/14        */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BALTAZAR GARCIA

## ORDER

**IT IS SO ORDERED** that the property belonging to Olivia Garcia, Deed No.: 0214011286, be reconveyed.

IT IS SO ORDERED.

Dated:   **March 19, 2014**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE