BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-000392 LJO SKO (001) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE; ORDER |
| BALTAZAR CASTANEDA GARCIA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate to modify defendant's conditions of release as follows:

1. Baltazar Garcia was released from custody on March 12, 2014 and ordered under the supervision of U.S. Pretrial Services.  By stipulation, the terms of his release were modified on or about April 30, 2014.

2. The parties agree and stipulate that the terms of Mr. Garcia's release be modified and he be ordered placed under the supervision of Pretrial Services supervision under the same terms and conditions originally imposed by the court on or about March 12, 2014.

3. The parties agree and stipulate, and request the Court order:

      a. Defendant Garcia's conditions of release previously ordered by the Court be modified and that he be ordered released on the terms originally imposed on or about March 12, 2014.

      b. The following previously modified conditions including, but not limited to, Pretrial Services supervision, drug testing, third party custodianship, maintain employment, and restrictions on his use of drugs and excessive use of alcohol, passport application, travel, residence, and possession of weapons be reinstated.

IT IS SO STIPULATED.

DATED: September 16, 2014        /s/ Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney

DATED: September 16, 2014        /s/ David A. Torres
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           BALTAZAR GARCIA

ORDER

IT IS SO FOUND AND ORDERED

IT IS SO ORDERED.

Dated: **September 17, 2014**           /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE