**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BALTAZAR GARCIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BALTAZAR GARCIA,<br><br>   Defendant | ) Case No.: 1:13-CR-00392-LJO-SKO<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE**<br>)<br>)<br>)<br>)<br>) |

Defendant, BALTAZAR GARCIA, hereby waives his appearance in person in open court upon the Status Hearing set for Tuesday, January 19, 2015 in Courtroom 7 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 1/15/15                             */s/Baltazar Garcia*____
                                          BALTAZAR GARCIA

Date: 1/15/15                             */s/ David A. Torres*_____
                                          DAVID A. TORRES
                                          Attorney for Defendant

Summary of Pleading - 1

**ORDER**

**IT IS HEREBY ORDERED** that defendant BALTAZAR GARCIA is excused from appearing at the hearing scheduled for Tuesday, January 20, 2015.

IT IS SO ORDERED.

Dated: __January 15, 2015__    _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE