**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BALTAZAR CASTANEDA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BALTAZAR CASTENEDA GARCIA,<br><br>    Defendant | ) Case No.: 13-CR-00392 LJO-SKO<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, BALTAZAR CASTENEDA GARCIA, by and through his

attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently

set for Monday, November 16, 2015 be continued to Monday, December 14, 2015.

   I will be starting a jury trial in the Kern County Superior Court in the matter of *People v.*

*Patrick, BM850899A* on Monday, November 16, 2015. I have spoken to AUSA Laurel

Montoya, and she has no objection to continuing the sentencing hearing in this matter.

   The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1  //

2  //

3  **IT IS SO STIPULATED.**

4                                                              Respectfully Submitted,

5  DATED: 11/12/15                                */s/ David A Torres*___
                                                              DAVID A. TORRES
6                                                              Attorney for Defendant
                                                              BALTAZAR GARCIA
7

8  DATED: 11/12/15                                */s/Laurel Montoya*_____
                                                              LAUREL MONTOYA
9                                                              Assistant U.S. Attorney

10

11

12                                    **ORDER**

13

14  **Pursuant to the above stipulation of the parties, the** sentencing hearing is continued to

December 14, 2015.
15
**IT IS SO ORDERED**
16  **Dated: November 12, 2015**
                                           **/s/ Lawrence J. O'Neill**
17                                         **United States District Judge**