**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BALTAZAR CASTANEDA GARCIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00392 LJO-SKO |
| Plaintiff, | ) **REQUEST TO RECONVEY REAL PROPERTY** |
| vs. | ) |
| BALTAZAR CASTANEDA GARCIA, | ) |
| Defendant | ) |

COMES NOW defendant, through counsel, and hereby requests that bail be exonerated in this matter and that real property posted as security for bail be reconvened.

In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this court. I am the attorney of record for BALTAZAR CASTANEDA GARCIA in this matter.

The following property was posted as security for bail in the amount of $200,000 at the Recorders Office of the County of Kern, State of California:

```
APN:              185-850-52
Deed:             0214029324
Date of Deed:     03/17/2014
Name of Trustor:  Olivia Garcia
Payment Amount:   $200,000.00
```

1   I declare under penalty of perjury that the foregoing is true and correct, and that this
2   declaration is executed on July 17, 2017, at Bakersfield, California.

                                            Respectfully Submitted,

DATED: 7/17/17                              */s/ David A Torres*          ___
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            BALTAZAR GARCIA


IT IS SO ORDERED.

   Dated:   **July 20, 2017**            _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES CHIEF DISTRICT JUDGE

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BALTAZAR CASTANEDA GARCIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BALTAZAR CASTANEDA GARCIA,<br><br>    Defendant | Case No.: 1:13-CR-00392 LJO-SKO<br><br>**[PROPOSED]**<br>**ORDER RECONVEYING PROPERTY** |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

    APN:              185-850-52
    Deed:             0214029324
    Date of Deed:     03/17/2014
    Name of Trustor:  Olivia Garcia
    Payment Amount:   $200,000.00

DATED: _____

                UNITED STATES DISTRICT COURT JUDGE