KIMBERLY A. SANCHEZ
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALTAZAR CASTANEDA GARCIA,<br><br>Defendant. | CASE NO. 1:13-CR-00392-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 11, 2025<br>TIME: 9:00 A.M.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION TO VACATE CONTESTED HEARING AND SET STATUS CONFERENCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a contested hearing on August 11, 2025.

2. The government has provided discovery in the form of many hours of body worn camera footage and police reports.

3. In order to have time to review the discovery and engage in conversations regarding the resolution of the case, the parties request to vacate the contested hearing set for August 11, 2025.

4. The parties further request the Court set a status conference before United States Magistrate Judge Christopher Baker on October 6, 2025.

5. By this stipulation, the parties stipulate that the contested hearing may be vacated, and a

1

status conference may be set for to October to allow time for Defense preparations.

      6.      Because this case involves a pending supervised release petition, no exclusion of time is necessary.

      IT IS SO STIPULATED.

///

///

| Dated: August 5, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney |
|---|---|
| | /s/ LUKE BATY<br>LUKE BATY<br>Assistant United States Attorney |
| Dated: August 5, 2025 | /s/ ROGER PONCE<br>ROGER PONCE<br>Counsel for Defendant<br>BALTAZAR CASTANEDA-GARCIA |

# FINDINGS AND ORDER

      Based upon the stipulation and representations of the parties, the Court orders the contested hearing be vacated and a status conference be set on October 6, 2025 at 2:30 PM before Judge Baker.

IT IS SO ORDERED.

Dated: **August 7, 2025**

                                                                    UNITED STATES DISTRICT JUDGE