ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BALTAZAR CASTANEDA GARCIA, <br><br> Defendant. | CASE NO. 1:13-CR-00392-JLT-SKO <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE <br><br> DATE: October 6, 2025 <br> TIME: 2:30 P.M. <br> COURT: Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on October 6, 2025.

2. The government has provided discovery in the form of body worn camera footage and police reports.

3. Defense counsel is currently engaged in trial in Kern County Superior Court that is expected to continue through October 6, 2025. As a result, Defense Counsel anticipates being unavailable due to the scheduling conflict.

4. The government also anticipates filing additional criminal charges against the Defendant in advance of the future requested status conference date.

1

5. By this stipulation, jointly initiated by both parties, the parties stipulate that the status conference may be continued to November 6, 2025, at 2:30 PM, to allow time additional review of evidence, filing of additional charges, and to have more informed settlement discussions.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

| Dated:  October 3, 2025 | ERIC GRANT<br>United States Attorney |
|---|---|
|  | /s/ LUKE BATY<br>LUKE BATY<br>Assistant United States Attorney |
| Dated:  October 3, 2025 | /s/ ROGER PONCE<br>ROGER PONCE<br>Counsel for Defendant<br>BALTAZAR CASTANEDA GARCIA |

### [PROPOSED] ORDER

Based upon the stipulation and representations of the parties, and good cause appearing, the Court orders the status conference be continued to November 6, 2025 at 2:30 PM.  The parties shall appear at the status conference for further proceedings.

IT IS SO ORDERED.

Dated:  **October 3, 2025**            _____
                                                                        UNITED STATES MAGISTRATE JUDGE

2