ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00392-JLT-SKO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: October 6, 2025 |
| BALTAZAR CASTANEDA GARCIA, | TIME: 2:30 P.M. |
| Defendant. | COURT: Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on October 6, 2025.

2. The government has provided discovery in the form of body worn camera footage and police reports.

3. The government and Defense Counsel have conferred regarding the filing of additional criminal charges against the Defendant arising from conduct that is the subject of this Petition.

4. The government and Defense Counsel have engaged in negotiations and have reached a global plea resolution on this Petition and anticipated new charges.

5. As such, the parties request that the status conference currently set for November 18,

1

2025 be continued to December 9, 2025.

6. The parties anticipate filing signed copies of a Criminal Information, Waiver of Indictment, and a Plea Agreement by December 1, 2025 , and anticipate requesting Change of Plea hearings be set before the District Court Judge thereafter.

7. By this stipulation, jointly initiated by both parties, the parties stipulate that the status conference may be continued to December 9, 2025, at 2:30 PM, to allow time for Defense Counsel to confer with the Defendant and for the filing of a Criminal Information, a Waiver of Indictment, and a formal Plea Agreement. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: November 14, 2025

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: November 14, 2025

/s/ ROGER PONCE
ROGER PONCE
Counsel for Defendant
BALTAZAR CASTANEDA GARCIA

**[PROPOSED] ORDER**

Based upon the stipulation and representations of the parties, the Court finds good cause to continue the status conference to December 9, 2025 at 2:30 PM, before the undersigned.

IT IS SO ORDERED.

Dated: **November 14, 2025**

UNITED STATES MAGISTRATE JUDGE

2