1  ROGER H. PONCE
   PONCE LAW CORP
2  1424 17th Street
   Bakersfield, California 93301
3  Telephone: (661) 888-2003

4

   Attorneys for Plaintiff
5  UNITED STATES OF AMERICA

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | Case No. 1:13-CR-00392-JLT-SKO
11 |         Plaintiff,               | STIPULATION TO CONTINUE STATUS
                                       CONFERENCE; [PROPOSED] ORDER
12 | v.
13 | BALTAZAR CASTANEDA GARCIA,
14 |         Defendant.
15

16

17 **TO THE HONORABLE COURT:**

18     Plaintiff United States of America, by and through Assistant U.S. Attorney Luke Baty, and

19 Defendant Baltazar Castaneda Garcia, by and through counsel Roger H. Ponce, hereby stipulate as

20 follows:

21   1. The parties agree to continue the status conference currently scheduled for **December 9, 2025, at**

22      **2:30 p.m.** before the Honorable Christopher D. Baker.

23   2. Defense counsel recently concluded a homicide trial on **Wednesday, December 3, 2025**, and

24      had consecutive lengthy evidentiary proceedings on **December 4 and 5, 2025**. Counsel intended

25      to meet with Mr. Castaneda Garcia over the weekend to discuss the government's **pre-**

26      **indictment plea offer** and review the proposed resolution in detail.

27   3. Unfortunately, defense counsel became ill over the weekend and was unable to complete the

28      planned attorney-client visit.

1

U.S. v. Baltazar Castaneda.
Case No. 1:13-CR-00392-JLT-SKO

4. The government has agreed to **postpone indictment** in a new matter related to Mr. Castaneda Garcia to allow defense counsel time to confer with the client regarding a proposed **global resolution**. This offer would involve a new charge under **18 U.S.C. § 922(g)**, with a government sentencing recommendation of **41 months total**, to run concurrent with the supervised release violation.

5. Defense counsel believes the offer may provide a favorable outcome for the defendant and needs time to meet in person to obtain informed direction from the client.

6. The parties jointly request a **one-week continuance**, and propose the matter be reset for **Tuesday, December 16, 2025, at 2:30 p.m.**, before Judge Oberto.

7. Defense counsel has conferred with AUSA Gilio, who agrees to this continuance and joins in the request.

8. The parties agree that time is **not excludable** under the Speedy Trial Act as the defendant has already waived indictment and the current matter involves a **petition to revoke supervised release**. This continuance is being sought solely to allow time for informed negotiations in connection with a potential global resolution.

Date: December 8, 2025                                Respectfully submitted,

                                                      */s/ Luke Baty*
                                                      LUKE BATY
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

Date: December 8, 2025                                */s/ Roger Humberto Ponce, Jr.*
                                                      ROGER HUMBERTO PONCE, Jr.
                                                      Attorney for Defendant

2

U.S. v. Baltazar Castaneda.
Case No. 1:13-CR-00392-JLT-SKO

# [PROPOSED] ORDER

GOOD CAUSE APPEARING and based on the parties' stipulation, the Court orders that the **status conference currently set for December 9, 2025,** be continued to **December 16, 2025, at 2:30 p.m.**, before United States Magistrate Judge Christopher D. Baker.

The Court disregards the parties' stipulated request to reset this matter before Judge Oberto (see Doc. 256 at p.2 ¶ 6) as an apparent scrivener's error given that the proposed order the parties submitted properly retained the matter before the undersigned. *See id.* at p.3.  To the extent the parties, in fact, seek to reset this matter before Judge Oberto, they shall support any associated, renewed request for continuance with authority for such resetting.

IT IS SO ORDERED.

Dated:   **December 8, 2025**              _____
UNITED STATES MAGISTRATE JUDGE

3

U.S. v. Baltazar Castaneda.
Case No. 1:13-CR-00392-JLT-SKO